able. *See United States v. Carty,* 520 F.3d 984, 991–93 (9th Cir.2008) (en banc).

**AFFIRMED.**

**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Miguel A. GOMEZ–RODRIGUEZ,
Defendant—Appellant.**

No. 08–30349.

United States Court of Appeals,
Ninth Circuit.

Submitted June 16, 2009.*

Filed July 6, 2009.

Alexander C. Ekstrom, Assistant U.S., USYA–Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Diane E. Hehir, Assistant Federal Public Defender, Rebecca Louise Pennell, Esquire, Assistant Federal Public Defender, FDWAID–Federal Defenders of Eastern Washington & Idaho, Yakima, WA, for Defendant–Appellant.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

### MEMORANDUM **

Miguel A. Gomez–Rodriguez appeals from the 29–month sentence imposed following his guilty-plea conviction for possession of an unlawful firearm, in violation of 26 U.S.C. §§ 5861(d) and 5871. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Gomez–Rodriguez contends that the district court erred at sentencing by determining that he was a person prohibited from possessing a firearm and therefore calculating his base offense level under U.S.S.G. § 2K2.1(a)(4)(B). As Gomez–Rodriguez concedes, plain error review applies. We conclude that Gomez–Rodriguez has not established that any error affected his substantial rights or seriously affected the fairness, integrity, or public reputation of the proceedings. *See United States v. Olano,* 507 U.S. 725, 734–37, 113 S.Ct. 1770, 123 L.Ed.2d 508 (1993).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

